(92 South. 923)

ALLEN v. STATE, ex rel. STEWART. (8 Div. 844.) (Court of Appeals of Alabama. April 11, 1922.) Appeal from Circuit Court,

[1] 207 Ala. 692.

Jackson County; W. W. Haralson, Judge. Harwell G. Davis, Atty. Gen., for appellee.

SAMFORD, J. The charge is bastardy, and in the absence of exceptions reserved there is nothing we can review. The record is regular, and the judgment is affirmed.